UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Earnest Harris, *et al.*, | § § | |
| Plaintiffs, | § § | |
| *versus* | § § | Civil Action H-08-1243 |
| Fidelity National Services, Inc., | § § § | |
| Defendant. | § | |

# Order

1. By May 6, 2008, Earnest Harris must file an explanation of fee sharing in bankruptcy. Fidelity National Services may respond.

2. By May 6, 2008, Fidelity must:

   A. File a one-page description of its program.
   B. Verify that Saxon holds the note.
   C. Furnish Harris with the number of bankruptcies Fidelity handles in the Southern District of Texas.

3. A hearing is set for
   May 14, 2008,
   2:00 p.m.
   Courtroom 11-C, Eleventh Floor
   United States Court House
   515 Rusk Avenue
   Houston, Texas 77002.

Signed on April 30, 2008, at Houston, Texas.

Lynn N. Hughes
United States District Judge