UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

Earnest Harris, et al., §
§
    Plaintiffs, §
§
versus      §      Civil Action H-08-1243
§
Fidelity National Services, Inc., §
§
    Defendant. §

# Order

1. By June 4, 2008:

   A. Earnest Harris must furnish excerpts from the agreement.
   B. Harris must estimate a reasonable fee.
   C. Mike Cash for Fidelity National Services must collect the training and policy manuals from 2006 and 2007 on Saxon Mortgage Services, Inc., and Harris.

2. By June 11, 2008:

   A. Fidelity may respond to the excerpts furnished by Harris.
   B. Cash must explain the training and policy manuals to Harris.
   C. The parties must agree on a set of exhibits.

3. A hearing is set for:

   June 19, 2008,
   2:00 p.m.
   Courtroom 11-C, Eleventh Floor
   United States Court House
   515 Rusk Avenue
   Houston, Texas 77002.

Signed on May 29, 2008, at Houston, Texas.

Lynn N. Hughes
United States District Judge