| | | |
|---|---|---|
| Ernest and Mattie Harris | § | |
| | § | |
| Plaintiffs, | § | Civil Action H-08-1243 |
| | § | |
| *versus* | § | Bankruptcy 03-44826 |
| | § | |
| Fidelity National Information Services, Inc. | § | Adversary 08-3014 |
| | § | |
| Defendant. | § | |

**Joint Status Report Pursuant to
the Court's July 21, 2008 Order
[Relates to Docket No. 31]**

The Harrises and Fidelity National Information Services jointly file this status report pursuant to the Court's order of July 21, 2008. The parties are continuing to engage in settlement negotiations and are hopeful that a negotiated resolution will result in the near term. In addition, the parties continue to engage in discovery and document production pursuant to the Court's direction and subject to the provisions of the Court's protective order entered on July 18, 2008.

**Dated:** August 12, 2008

Respectfully submitted,

WALKER AND PATTERSON P.C.

By: */s/ Johnie J. Patterson, II*
    Johnie J. Patterson, II
    State Bar No. 15601700
    Attorney in Charge
    Michael G. Walker
    State Bar No. 20717580
    4815 Dacoma
    Houston, Texas 77092
    (713) 956-5577 (Telephone)
    (713) 956-5570 (Facsimile)
    mwalker@walkerandpatterson.com
    jjp@walkerandpatterson.com

OF COUNSEL:

| YETTER, WARDEN & COLEMAN, L.L.P. | SIEGMYER, OSHMAN & BISSINGER LLP |
|---|---|
| By: */s/ R. Paul Yetter* | By: */s/David K. Bissinger* |
| R. Paul Yetter | David K. Bissinger |
| State Bar No. 22154200 | State Bar No. 00790311 |
| Gregory S. Coleman | S.D. Tex. No. 18150 |
| State Bar No. 00783855 | Gerald S. Siegmyer |
| Ryan P. Bates | State Bar No. 18343300 |
| State Bar No. 24055152 | S.D. Tex. No. 2779 |
| 221 West Sixth Street, Suite 750 | 2777 Allen Parkway, 10th Floor |
| Austin, Texas 78701 | Houston, Texas 77019 |
| (512) 533-0150 (Telephone) | (713) 524-8811 (Telephone) |
| (512) 533-0120 (Facsimile) | (713) 524-4102 (Facsimile) |
| pyetter@yetterwarden.com | dbissinger@bizlawhouston.com |
| gcoleman@yetterwarden.com | gsiegmyer@bizlawhouston.com |
| rbates@yetterwarden.com | |

**Attorneys for Plaintiffs**

WINSTEAD PC

By: */s/ Michael P. Cash (with permission)*
    Michael P. Cash
    State Bar No. 03965500
    Attorney in Charge
    Joseph G. Epstein
    State Bar No. 06639320
    1100 JP Morgan Chase Tower
    600 Travis Street
    Houston, Texas 77002
    (713) 650-8400 (Telephone)
    (713) 650-2400 (Facsimile)
    mcash@winstead.com
    jepstein@winstead.com

    **Attorneys for Defendant**

## Certificate of Service

On August 12, 2008, a true and correct copy of this document has been served on all parties entitled to receive notice via the Court's Electronic Filing System and by email and facsimile to the persons and parties listed below:

Michael P. Cash
Joseph G. Epstein
WINSTEAD PC
1100 JP Morgan Chase Tower
600 Travis Street
Houston, Texas 77002
Email: mcash@winstead.com and jepstein@winstead.com
Facsimile: 713-650-2400

Mark S. Melodia
Kurt F. Gwynne
Barbara K. Hager
Thomas Levinson
REED SMITH LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103
Email: mmelodia@reedsmith.com,
kgwynne@reedsmith.com, bhager@reedsmith.com
and tlevinson@reedsmith.com
Facsimile: 215-851-1420

                                                 */s/ Ryan P. Bates*
                                                 Ryan P. Bates