| | | |
|---|---|---|
| United States District Court | | Southern District Of Texas |

| | | |
|---|---|---|
| Ernest and Mattie Harris | § | |
| | § | |
| Plaintiffs, | § | Civil Action H-08-1243 |
| | § | |
| *versus* | § | Bankruptcy 03-44826 |
| | § | |
| Fidelity National Information Services, Inc. | § | Adversary 08-3014 |
| | § | |
| | § | |
| Defendant. | § | |

## Stipulation of Dismissal

The Harrises dismiss this case under Rule 41(a)(1)(A)(ii). Fidelity has signed this stipulation under the same rule.

Respectfully submitted,

WALKER AND PATTERSON P.C.

By: /s/ Johnie J. Patterson, II
    Johnie J. Patterson, II
    State Bar No. 15601700
    Attorney in Charge
    Michael G. Walker
    State Bar No. 20717580
    4815 Dacoma
    Houston, Texas 77092
    (713) 956-5577 (Telephone)
    (713) 956-5570 (Facsimile)
    mwalker@walkerandpatterson.com
    jjp@walkerandpatterson.com

OF COUNSEL:

| YETTER, WARDEN & COLEMAN, L.L.P. | SIEGMYER, OSHMAN & BISSINGER LLP |
|---|---|
| By: /s/ R. Paul Yetter | By: /s/David K. Bissinger |
|     R. Paul Yetter |     David K. Bissinger |
|     State Bar No. 22154200 |     State Bar No. 00790311 |
|     Gregory S. Coleman |     S.D. Tex. No. 18150 |
|     State Bar No. 00783855 |     Gerald S. Siegmyer |
|     Ryan P. Bates |     State Bar No. 18343300 |
|     State Bar No. 24055152 |     S.D. Tex. No. 2779 |
|     221 West Sixth Street, Suite 750 |     2777 Allen Parkway, 10th Floor |
|     Austin, Texas 78701 |     Houston, Texas 77019 |
|     (512) 533-0150 (Telephone) |     (713) 524-8811 (Telephone) |
|     (512) 533-0120 (Facsimile) |     (713) 524-4102 (Facsimile) |
|     pyetter@yetterwarden.com, |     dbissinger@bizlawhouston.com |
|     gcoleman@yetterwarden.com, |     gsiegmyer@bizlawhouston.com |
|     rbates@yetterwarden.com | |

**Attorneys for Plaintiffs**

| | |
|---|---|
| WINSTEAD P.C. | REED SMITH LLP |
| By: /s/ *Michael P. Cash*_____ | By: /s/*Mark S. Melodia*_____ |
|     Michael P. Cash |     Mark S. Melodia |
|     State Bar No. 03965500 |     Kurt F. Gwynne |
|     Joseph G. Epstein |     Barbara K. Hager |
|     State Bar No. 06639320 |     Thomas Levinson |
|     1100 JP Morgan Chase Tower |     2500 One Liberty Place |
|     600 Travis Street |     1650 Market Street |
|     Houston, Texas 77002 |     Philadelphia, PA 19103 |
|     (713) 650-8400 (Telephone) |     (215) 851-8100 (Telephone) |
|     (713)\_ 650-2400 (Facsimile) |     (215) 851-1420 (Facsimile) |
|     mcash@winstead.com |     mmelodia@reedsmith.com, |
|     and jepstein@winstead.com |     kgwynne@reedsmith.com, |
| |     bhager@reedsmith.com, and |
| |     tlevinson@reedsmith.com |

**Attorneys for Defendant**

## Certificate of Service

On December 3, 2008, my law firm emailed and faxed a true and correct copy of this document to the following:

Michael P. Cash
Joseph G. Epstein
WINSTEAD PC
1100 JP Morgan Chase Tower
600 Travis Street
Houston, Texas 77002
Email: mcash@winstead.com and jepstein@winstead.com
Facsimile: 713-650-2400

Mark S. Melodia
Kurt F. Gwynne
Barbara K. Hager
Thomas Levinson
REED SMITH LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103
Email: mmelodia@reedsmith.com,
kgwynne@reedsmith.com, bhager@reedsmith.com
and tlevinson@reedsmith.com
Facsimile: 215-851-1420

                                              */s/ Ryan P. Bates*_____
                                              Ryan P. Bates