| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

Earnest and Mattie Harris, §
§
      Plaintiff, §     Civil Action H-08-1243
§
versus §     Bankruptcy 03-44826
§
Fidelity National Information Services, Inc., §     Adversary 08-3014
§
      Defendant. §

## Final Dismissal

Under the stipulation of dismissal, this case is dismissed with prejudice; costs of court will be paid by the party incurring them.

Signed on December 3, 2008, at Houston, Texas.

Lynn N. Hughes
United States District Judge